KATHLEEN A. McCORMAC (SBN 159012)
McCORMAC & ASSOCIATES
655 Montgomery Street, Suite 1200
San Francisco, CA 94111
Tel: (415) 399-1722
Fax: (415) 399-1733

Counsel for Plaintiff Lupe Decancino

L. Julius M. Turman (SBN 226126)
Sacha M. Steenhoek (SBN 253743)
Morgan, Lewis & Bockius, LLP
One Market Street
Spear Street Tower
San Francisco, CA 94105
Tel: (415) 442-1000
Fax: (415) 442-1001

Counsel for Defendant Wal-Mart Stores, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUPE DECANCINO,<br><br>              Plaintiff,<br><br>     vs.<br><br>WAL-MART STORES, INC., WAL-MART ASSOCIATES, INC., and DOES 1 to 10, inclusive,<br><br>              Defendants. | Case No. 2:10-CV-02239-FCD-DAD<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

**TO THE ABOVE ENTITLED COURT AND ALL INTERESTED PARTIES**

In accordance with the Confidential Settlement Agreement and General Release executed by Plaintiff LUPE DECANCINO and Defendant WAL-MART STORES, INC., pursuant to Rule 41 of the Federal Rules of Civil Procedure, the above-mentioned parties stipulate and request that the action against the above Defendants be dismissed with prejudice, each party to bear their own costs and attorneys' fees.

| | | |
|---|---|---|
| DATED: | _____ | McCORMAC & ASSOCIATES |

/s/

Kathleen A. McCormac
Attorney for Plaintiff
LUPE DECANCINO

DATED: _____   MORGAN, LEWIS & BOCKIUS, LLP

/s/

L. Julius M. Turman
Attorney for Defendant
WAL-MART STORES, INC.

## **ORDER**

Good cause appearing, and pursuant to a settlement agreement and Rule 41 of the Federal Rules of Civil Procedure, IT IS HEREBY ORDERED that Plaintiff's claims against Defendant WAL-MART STORES, INC. be and hereby are dismissed with prejudice. Each party shall bear the own costs and attorney's fees.

DATED: August 8, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE